ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
CARYLANN L. HENDRIX
4007 Barlow Ct Mansfield, TX 76063
TELEPHONE NO.: (469) 768-7000 | FAX NO. | E-MAIL ADDRESS *(Optional)*: carylannyouragent7@gmail.com
ATTORNEY FOR *(Name)*: IN PRO PER:

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , TX
BRANCH NAME:

Hearing Date: Room:
Hearing Time: Dept:

PLAINTIFF: CARYLANN L. HENDRIX
DEFENDANT: ALLSTATE INSURANCE COMPANY, ET AL.

CASE NUMBER: **4:25-CV-00698-O-BP**

# PROOF OF SERVICE

Ref. No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR WRONGFUL TERMINATION AND DISCRIMINATION;**

PARTY SERVED: **NATIONAL GENERAL MANAGEMENT CORP.**

PERSON SERVED: **HEATHER HUGHES - EMPLOYEE AUTHORIZED TO ACCEPT SERVICE - CORPORATION SERVICE COMPANY - AUTHORIZED AGENT FOR SERVICE OF PROCESS**

DATE & TIME OF DELIVERY: **9/23/2025**
**10:38 AM**

ADDRESS, CITY, AND STATE: **2626 Glenwood Ave Ste 550**
**Raleigh, NC 27608**

PHYSICAL DESCRIPTION: **Age: 50 +** **Weight: 200 +** **Hair: BROWN**
**Sex: Female** **Height: 5'5 +** **Race: CAUCASIAN**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: $
Registration No.:
County:
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683
(866) 754-0520

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 25, 2025.

Signature: ______________________
MARCUS LAWING

**PROOF OF SERVICE**