UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CARYLANN HENDRIX,**

    Plaintiff,

v.

                                 **No. 4:25-cv-00698-P-BP**

**ALLSTATE INSURANCE
COMPANY, *et al.*,**

    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motion to Compel Arbitration (ECF No. 27) is **GRANTED**, and the case is **STAYED** pending resolution of arbitration proceedings. The parties **SHALL** file a joint status report within thirty days after conclusion of the arbitration proceedings addressing whether the case should be dismissed at that time. The Clerk of Court shall administratively close this case until further order of the Court.

**SO ORDERED** on this 7th day of April 2026.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE